IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

CORDARRIEL GREEN,

    Plaintiff,

v.

DEPUTY BRADY,

    Defendant.

CIVIL ACTION NO.: 4:24-cv-53

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's May 3, 2024, Report and Recommendation, (doc. 12), to which plaintiff has not filed an objection. Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 12.) Plaintiff's Complaint is **DISMISSED, without prejudice**. (Doc. 1); Fed. R. Civ. P. 41(b). The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**SO ORDERED**, this 28th day of May, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA